UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 15, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARY MARGARET DONNELLY, )<br>)<br>Defendant. ) | Case No. CR. S-07-0523 LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MARY MARGARET DONNELLY__ , Case No. __CR. S-07-0523 LKK__ , Charge __Title 18 USC § 371__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 ___   Release on Personal Recognizance

 _X_   Bail Posted in the Sum of $ _50,000.00_

 _X_   Unsecured Appearance Bond

 ___   Appearance Bond with 10% Deposit

 ___   Appearance Bond with Surety

 ___   Corporate Surety Bail Bond

 _X_   (Other)   _Pretrial Services Supervision of conditions of release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __November 15, 2007__ at __2:55__ pm .

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge