DANIEL J. BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700
Attorney for Defendant
MICHAEL GALEN DONNELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | Cr.S. 07-523-LKK |
| Plaintiff,  ) | |
| ) | **STIPULATION AND ORDER** |
| v.  ) | |
| ) | DATE: January 29, 2008 |
| MARY MARGARET DONNELLY, et  ) | TIME: 9:30 a.m. |
| al.,  ) | JUDGE: Hon. Lawrence K. Karlton |
| ) | |
| Defendants.  ) | |
| ) | |

    It is hereby stipulated and agreed to between the United States of America through RUSSELL CARLBERG, Assistant U.S. Attorney, and defendant, MICHAEL GALEN DONNELLY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and MARY MARGARET DONNELLY, by and through her attorney, BRUCE LOCKE, that the status conference set for December 11, 2007 be reset to January 29, 2008 at 9:30 a.m.  This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

    Counsel for the defendants were both appointed to this case on

November 15, 2007.

    Speedy trial time is to be excluded from December 11, 2007 through the date of the status conference set for January 29, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 6, 2007

>Respectfully submitted,
>DANIEL J. BRODERICK
>Federal Defender
>
>/S/ Dennis S. Waks
>———————————————
>DENNIS S. WAKS
>Supervising Assistant Federal Defender
>Attorney for Defendant
>MICHAEL GALEN DONNELLY

DATED:  December 6, 2007

>/s/   Bruce Locke
>———————————————
>BRUCE LOCKE, Esq.
>Attorney for MARY MARGARET DONNELLY

DATED: December 6, 2007

>McGREGOR W. SCOTT
>United States Attorney
>
>/S/ Dennis S. Waks for
>———————————————
>RUSSELL CARLBERG
>Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

DATED: December 7, 2007

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT