DANIEL J. BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700
Attorney for Defendant
MICHAEL GALEN DONNELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>           Plaintiff,            )<br>                                 )<br>      v.                         )<br>                                 )<br> MARY MARGARET DONNELLY, et      )<br> al.,                            )<br>                                 )<br>           Defendants.           )<br> _____ ) | Cr.S. 07-523-LKK<br><br>**STIPULATION AND ORDER**<br><br>DATE: March 4, 2008<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through RUSSELL CARLBERG, Assistant U.S. Attorney, and defendant, MICHAEL GALEN DONNELLY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and MARY MARGARET DONNELLY, by and through her attorney, BRUCE LOCKE, that the status conference set for January 29, 2008 be reset to March 4, 2008 at 9:30 a.m.  This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

    Counsel for the defendants were both appointed to this case on

November 15, 2007.

Speedy trial time is to be excluded from January 29, 2008 through the date of the status conference set for March 4, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 23, 2008

      Respectfully submitted,
      DANIEL J. BRODERICK
      Federal Defender

      /S/ Dennis S. Waks
      _____
      DENNIS S. WAKS
      Supervising Assistant Federal Defender
      Attorney for Defendant
      MICHAEL GALEN DONNELLY

DATED:  January 23, 2008

      /s/  Bruce Locke
      _____
      BRUCE LOCKE, Esq.
      Attorney for MARY MARGARET DONNELLY

DATED: January 23, 2008

      McGREGOR W. SCOTT
      United States Attorney

      /S/ Dennis S. Waks for
      _____
      RUSSELL CARLBERG
      Assistant U.S. Attorney

_____

O R D E R

IT IS SO ORDERED.

DATED: January 25, 2008

      _____
      LAWRENCE K. KARLTON
      SENIOR JUDGE
      UNITED STATES DISTRICT COURT