1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   Mary M. Donnelly
5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   No.  CR. S-07-523 LKK
                                    )
9              Plaintiff,           )   ORDER RE WAIVER OF PERSONAL
                                    )   APPEARANCE
10                                  )
       v.                           )
11                                  )
   MARY MARGARET DONNELLY,          )
12                                  )
               Defendant.           )
13 _____)

14      Defendant hereby waives the right to be present in person in open court upon the hearing of

15 any motion or other proceeding in this case, including when the case is set for trial, when a

16 continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing

17 is held, and when any other action is taken by the Court before or after trial, except upon

18 arraignment, plea, trial confirmation, empaneling of jury, or imposition of sentence. Defendant

19 hereby requests the Court to proceed during every absence of hers that the Court may permit

20 pursuant to this waiver; agrees that her interests will be deemed represented at all times by the

21 presence of her attorney, the same as if defendant were personally present; and further agrees to be

22 present in person in court ready for trial on any day that the Court may fix in her absence.

23

24 DATED: February 20, 2008              /S/ Mary Donnelly
                                         MARY MARGARET DONNELLY
25
   APPROVED:
26
   DATED: February 19, 2008              /S/ Bruce Locke
27                                       BRUCE LOCKE
                                         Attorney for Farhad Nevis
28

29 IT IS SO ORDERED.

   DATED: February 25, 2008              _____
                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT