```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  Dennis S. Waks, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    MICHAEL GALEN DONNELLY
 6
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR.S. 07-523-LKK |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| MARY MARGARET DONNELLY, et al., | ) | DATE: April 15, 2008 |
| | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Hon. Lawrence K. Karlton |
| | ) | |
| Defendants. | ) | |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through RUSSELL CARLBERG, Assistant U.S. Attorney, and defendant, MICHAEL GALEN DONNELLY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and MARY MARGARET DONNELLY, by and through her attorney, BRUCE LOCKE, that the status conference set for March 4, 2008 be reset to April 15, 2008 at 9:30 a.m.  This continuance is being requested because defense counsel requires additional time to review discovery, continue ongoing defense investigation, and to interview our client and other witnesses.

Speedy trial time is to be excluded from March 4, 2008 through the

1  date of the status conference set for April 15, 2008 pursuant to
2  18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code
3  T4).
4  DATED: February 27, 2008
5                                      Respectfully submitted,
6                                      DANIEL J. BRODERICK
                                       Federal Defender
7
8                                      /s/ Dennis S. Waks
                                       _____
9                                      DENNIS S. WAKS
                                       Supervising Assistant Federal Defender
10                                     Attorney for Defendant
                                       MICHAEL GALEN DONNELLY
11
12 DATED: February 27, 2008
13                                     /s/  Bruce Locke
                                       _____
14                                     BRUCE LOCKE, Esq.
                                       Attorney for Defendant
15                                     MARY MARGARET DONNELLY
16 DATED: February 27, 2008
17                                     McGREGOR W. SCOTT
                                       United States Attorney
18
19                                     /s/ Dennis S. Waks for
                                       _____
20                                     RUSSELL CARLBERG
                                       Assistant U.S. Attorney
21
22
23                             **O R D E R**
24 IT IS SO ORDERED.
25 DATED: February 27, 2008
26
27                                     _____
                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
28                                     UNITED STATES DISTRICT COURT

Stipulation/Order                      **2**