1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   MICHAEL GALEN DONNELLY
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )    CR.S. 07-523-LKK
12              Plaintiff,       )
                                )    **STIPULATION AND ORDER**
13         v.                    )
                                )
14 MARY MARGARET DONNELLY, et    )    DATE:  May 13, 2008
   al.,                         )    TIME:  9:30 a.m.
15                              )    JUDGE: Hon. Lawrence K. Karlton
                                )
16              Defendants.      )
                                )
17 _____

18

19      It is hereby stipulated and agreed to between the United States of

20 America through RUSSELL CARLBERG, Assistant U.S. Attorney, and

21 defendant, MICHAEL GALEN DONNELLY, by and though his counsel, DENNIS S.

22 WAKS, Supervising Assistant Federal Defender, and MARY MARGARET

23 DONNELLY, by and through her attorney, BRUCE LOCKE, that the status

24 conference set for April 15, 2008 be reset to May 13, 2008 at

25 9:30 a.m.  This continuance is being requested because defense counsel

26 requires additional time to review discovery, continue ongoing defense

27 investigation, and to interview our client and other witnesses.

28      Speedy trial time is to be excluded from April 15, 2008 through

1  the date of the status conference set for May 13, 2008 pursuant to

2  18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code

3  T4).

4  DATED: April 10, 2008

5                                      Respectfully submitted,

6                                      DANIEL J. BRODERICK
                                       Federal Defender
7

8                                      /s/ Dennis S. Waks
                                       _____
9                                      DENNIS S. WAKS
                                       Supervising Assistant Federal Defender
10                                     Attorney for Defendant
                                       MICHAEL GALEN DONNELLY
11

12 DATED: April 10, 2008

13                                     /s/  Bruce Locke
                                       _____
14                                     BRUCE LOCKE, Esq.
                                       Attorney for Defendant
15                                     MARY MARGARET DONNELLY

16 DATED: April 10, 2008

17                                     McGREGOR W. SCOTT
                                       United States Attorney
18

19                                     /s/ Dennis S. Waks for
                                       _____
20                                     RUSSELL CARLBERG
                                       Assistant U.S. Attorney
21

22

23                                     **O R D E R**

24 IT IS SO ORDERED.

25 DATED: April 14, 2008

26

27                                     LAWRENCE K. KARLTON
                                       SENIOR JUDGE
28                                     UNITED STATES DISTRICT COURT