```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  Dennis S. Waks, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700
    Attorney for Defendant
 5  MICHAEL GALEN DONNELLY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,     )<br>                            )<br>      v.                    )<br>                            )<br> MARY MARGARET DONNELLY, et )<br> al.,                       )<br>                            )<br>            Defendants.     )<br> _____) | Cr.S. 07-523-LKK<br><br>**STIPULATION AND ORDER**<br><br>DATE: July 22, 2008<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through RUSSELL CARLBERG, Assistant U.S. Attorney, and defendant, MICHAEL GALEN DONNELLY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and MARY MARGARET DONNELLY, by and through her attorney, BRUCE LOCKE, that the status conference set for May 13, 2008 be reset to July 22, 2008 at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our clients and other witnesses.

The defendant's have received nearly 2300 pages of discovery and

anticipate receiving more in the near future.

    Speedy trial time is to be excluded from May 13, 2008 through the date of the status conference set for July 22, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 6, 2008

    Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
MICHAEL GALEN DONNELLY

DATED:  May 6, 2008

/s/  Bruce Locke
_____
BRUCE LOCKE, Esq.
Attorney for MARY MARGARET DONNELLY

DATED: May 6, 2008

McGREGOR W. SCOTT
United States Attorney

/S/ Dennis S. Waks for
_____
RUSSELL CARLBERG
Assistant U.S. Attorney

_____

O R D E R

IT IS SO ORDERED.

DATED: May 8, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2