DANIEL BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL GALEN DONNELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARY MARGARET DONNELLY, et ) <br> al., ) <br> ) <br> Defendants. ) <br> ) | Cr.S. 07-523-LKK <br><br> **ORDER AFTER HEARING** <br><br> JUDGE: Hon. Lawrence K. Karlton |

    This matter came before the Court for Status Conference on July 22, 2008, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government, represented by its counsel, Assistant United States Attorney Russell Carlberg, defense counsel for Michael Donnelly, Supervising Assistant Federal Defender Dennis S. Waks and defense counsel for Mary Donnelly, Bruce Locke were present. Waivers for each of the defendants had been previously filed; neither of the defendants were present.

    Defense counsel requested that the matter be set for further

1  status conference on August 26, 2008 at 9:30 a.m.
2      The parties agreed on the need for additional time to allow for
3  defense preparation.
4          IT IS HEREBY ORDERED that this matter be set for further
5  Status Conference on August 26, 2008 at 9:30 a.m.
6          IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
7  (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
8  from July 22, 2008 to and including August 26, 2008 is excluded from
9  the time computations required by the Speedy Trial Act due to ongoing
10 preparation of counsel.
11 DATED: July 25, 2008

```
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
```

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28