DANIEL BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL GALEN DONNELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 07-523-LKK |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | |
| MARY MARGARET DONNELLY, et ) | JUDGE: Hon. Lawrence K. Karlton |
| al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter came before the Court for Status Conference on August 26, 2008, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government, represented by its counsel, Assistant United States Attorney Russell Carlberg, defense counsel for Michael Donnelly, Supervising Assistant Federal Defender Dennis S. Waks and defense counsel for Mary Donnelly, Bruce Locke and the defendants were present.

Defense counsel requested that the matter be set for a trial confirmation hearing on January 13, 2009 at 9:30 a.m. and a jury trial

1  on January 27, 2009 at 10:30 a.m.
2              IT IS HEREBY ORDERED that this matter be set for a
3  trial confirmation hearing on January 13, 2009 at 9:30 a.m. and a jury
4  trial on January 27, 2009 at 10:30 a.m.
5     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
6  (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
7  from August 26, 2008 to and including January 27, 2009 is excluded from
8  the time computations required by the Speedy Trial Act due to ongoing
9  preparation of counsel.
10 DATED: August 28, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28