LAWRENCE G. BROWN
Acting United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2748

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MARY MARGARET DONNELLY,<br> aka Mary M. Wittekind; and<br>MICHAEL GALEN DONNELLY,<br> aka Michael G. Hubbs,<br> aka Mike Hubbs;,<br><br>            Defendants. | CR. NO. S-07-0523 LKK<br><br>ORDER DISMISSING SUPERSEDING INDICTMENT AND VACATING TRIAL DATE |

Based on the government's motion to dismiss the indictment and the superseding indictment against both defendants,

IT IS HEREBY ORDERED that the above-captioned indictment and superseding indictment be and hereby is dismissed and that the trial date of April 28, 2009 is vacated.

DATED: April 2, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT